IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GEORGE-FIKES, LLC and <br> KENNETH FIKES, <br>                 Plaintiffs, <br> v. <br><br> THE CITY OF KNOXVILLE, <br> TENNESSEE, CITY OF KNOXVILLE <br> HOUSING AND NEIGHBORHOOD <br> DEVELOPMENT DEPARTMENT, <br> STEPHANIE WELCH, and <br> BECKY WADE, <br>                 Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:22-cv-231-TRM-JEM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF DISMISSAL**

Come the Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby stipulate that their claims against Defendants The City of Knoxville, Tennessee; City of Knoxville Housing and Neighborhood Development Department; Stephanie Welch; and Becky Wade should be dismissed with prejudice, with the parties to bear their own attorney fees and discretionary costs.

Respectfully submitted this 18th day of November, 2022.

                                                  /s/ James T. Snodgrass_____
                                                  Beecher A. Bartlett, Jr. (BPR # 010198)
                                                  James T. Snodgrass (BPR # 036212)
                                                  Attorneys for Plaintiffs
                                                  Kramer Rayson LLP
                                                  P. O. Box 629
                                                  Knoxville, Tennessee 37901
                                                  865-525-5134
                                                  bbartlett@kramer-rayson.com
                                                  jsnograss@kramer-rayson.com

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing **Notice of Dismissal** has been served upon counsel for Defendants[1] by First Class U.S. Mail, postage prepaid and electronic mail addressed as follows:

> George Shields
> City of Knoxville Law Department
> 400 Main Street, Room 699
> Knoxville, TN 37902
> *Attorney for Defendants*

This 18th day of November, 2022.

            /s/James T. Snodgrass
            James T. Snodgrass

---

[1] Although counsel for Defendants have not yet appeared in this case, Defendants were previously served with a copy of the summons and complaint.